PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 2 1 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF TEXAS
Beaumont DIVISION

Plaintiff's Name and ID Number:
Price, Jason, Albert T. Kehoe
TDCJ #2233560    TDCJ #2243209

Place of Confinement: MTC/East Texas Treatment Facility

1:19cv268
CASE NO. 1:19cv224
(Clerk will assign the number)
Cronel Giblin

v.

Defendant's Name and Address:
Anderson, Wendy, 900 Industrial Blvd., Henderson TX. 75653

Management Training Corporation
900 Industrial Blvd., Henderson TX. 75653

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant. Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim. Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____
   2. Parties to previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____
   3. Court: (If federal, name the district; if state, name the county.) _____
   4. Cause number: _____
   5. Name of judge to whom case was assigned: _____
   6. Disposition: (Was the case dismissed, appealed, still pending?) _____
   7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: MTC/East Texas Treatment Facility

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
   A. Name and address of plaintiff: Jason Price   P.O. Box 13351 Macon GA. 31208        Albert T. Kehoe P.O. Box 613 Berclair TX. 78107

   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

   Defendant #1: Anderson, Wendy, SAFP Assistant Coordinator, MTC/ETTF, 900 Industrial Blvd. Henderson TX. 75653
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   conspired to help prolong my unconstitutional confinement

   Defendant #2: Management Training Corporation, contractor over substance abuse programs, 900 Industrial Blvd. Henderson TX. 75653
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   conspired to violate my constitutional rights and keep me over date required.

   Defendant #3: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #4: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #5: _____
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I (Mr. Price) spent 5 1/4 months in Intermediate Sanctions Facility, I.S.F., even though the parole board ordered me to SAFP 9 months program. I first spent 2 months in Brazos County Sherrifs Dept. waiting for a bed in SAFP. I was originally scheduled for SAFP not I.S.F. No I.S.F. was ordered by the parole board. The Defendants acting in concert elicitly caused me to experience double jeopardy. I had an expectation of being enrolled in SAFP only. By going to two programs I was discriminated against because other offenders went to the proper program they were ordered to.

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Continue on supplementary brief attached hereto.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 1717793, 2083759 / SAFP TDCJ # 2233560

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ✓ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?   _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 5/7/2019
            DATE

_____
(Signature of Plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___7th___ day of ___May___, 20_19_.
            (Day)              (month)        (year)

_____
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5/17/19

# AFFIDAVIT

I, <u>Albert Thomas Kehoe</u>, depose and say that I am a plaintiff on the foregoing civil suit. I have read and been provided a copy of the civil complaint. I am making this affidavit without any coersion, promises or threats otherwise on my own violation and swear under penalty of perjury that all statements by me are true and correct as of my own knowledge.

## Unsworn Declaration

I, <u>Albert Thomas Kehoe #2243209</u>, do declare that I am a plaintiff in the foregoing civil suit. I am presently located in the East Texas Treatment Facility, address: P.O. Box 8000 Henderson, Texas 75653. Under penalty of perjury all that I have stated here is true and correct as of my own knowledge.

/s/ Albt T. [signature]
Affiant
Albert Thomas Kehoe #2243209
East Texas Treatment Facility
P.O. Box 8000
Henderson, TX. 75653

①

①

United States District Court
Eastern District of Texas
Beaumont Division

Albert T. Kehoe TDCJ# 2243209
Jason Price TDCJ# 2233560

v.

Anderson, Wendy
Management Training Corporation

Civil Action No. _____

## Supplemental Brief

### Relief Requested

Plaintiff requests declatory and injunctive relief requiring defendants including but not limited to, the following:

1.) The court to declare that defendants acts violated plaintiffs rights under the United States Constitution.

2.) A permanent injunction requiring defendants to ban and prohibit persons to be enrolled in substance programs over 30 days waiting on beds; And the time ensued waiting on a bed be rendered and deducted from the time required by the program.



3.) A permanet injunction requiring defendants to comply to whichever substance program a person is ordered to be placed in, and ban or prohibit that person from being enrolled in any program not ordered.

4.) Requires defendants to pay for plaintiffs transportation for court appearances whenever needed.

5.) Requires defendants to pay plaintiffs compensatory damages for each day that they were unlawfully confined being overkept of the discharge dates, in the amount of one thousand dollars ($1000) per day.

6.) Requires defendants to pay all legal cost of this suit.

7.) Requires defendants to pay legal fees.

8.) Requires trial by jury on all issues triable by jury.

9.) Requires a temporary injunction prohibiting any retaliation or harassment of plaintiffs by defendants, any personnel or agency connected with them for the filling of this suit.

Date: 5/7/2019                    plaintiffs in propria personam

Jason Price DOC# 2233560
MTC/ETTF
P.O. Box 8000
Henderson TX. 75653



CLERK
United States Districts Court
Eastern District of Texas
Beaumont, TX


